IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LINDA HORNBY, | |
| Plaintiff, | CIVIL ACTION NO.: 4:23-cv-146 |
| v. | |
| BIG LOTS CORPORATION, | |
| Defendant. | |

**O R D E R**

On June 26, 2023, the Court raised, *sua sponte*, the issue of diversity citizenship because, in its Notice of Removal, Defendant did not clearly and adequately allege the necessary information concerning its own citizenship. (Doc. 9.) In response to the Court's Order to show cause, Defendant appears to have satisfied its burden to establish complete diversity as stated in Rolling Greens MHP, LP v. Comcast SCH Holdings LLC, 374 F.3d 1020, 1022 (11th Cir. 2004). (See doc. 10.) Accordingly, subject matter jurisdiction appears proper pursuant to 28 U.S.C. § 1332.

**SO ORDERED**, this 17th day of July, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA